Caroline DANCY, Single, et al., Appellants, v. Millie BARRS et al., Appellees.

Supreme Court of Florida.
Jan. Term, 1936.

Rogers, Hazard & Thames, H. T. Rogers, and E. E. Hazard, all of Jacksonville, for appellants.

Herbert Lamson and Charles E. Pelot, both of Jacksonville, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.